IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| YVONNE L. MURPHY, | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | CV 123-060 |
| ROSA L. WILLINGHAM, et al., | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the Plaintiff's motion to withdraw civil case and return of court fees. (Doc. 6.) Because Defendants have not served either an answer or a motion for summary judgment,[1] the Court construes Plaintiff's motion to withdraw civil case as a notice of dismissal. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES WITHOUT PREJUDICE** all of Plaintiff's claims. However, Plaintiff's request for return of the filing fee is **DENIED**. The Clerk **SHALL TERMINATE** all deadlines and motions in this matter and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of July, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendants have not been served or otherwise appeared in this action.